J. Brockman, trading as Standard Bargain House, appellee, v. Max Gerrick et al., trading as Chicago Jobbing House, appellants. Gen. No. 26,867.

Action on an indebtedness for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court

at the March term, 1921. Affirmed with damages. Opinion filed January 23, 1922.

Philip Sultan, for appellants. Langworthy, Stevens & McKeag and A. Masover, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.